Law Offices of
**MATHENY SEARS LINKERT & JAIME LLP**
MATTHEW C. JAIME (SBN 140340)
S.J. K. HAMMON (SBN 364464)
3638 American River Drive
Sacramento, California 95864
Telephone:      (916) 978-3434
Facsimile:      (916) 978-3430
mjaime@mathenysears.com
shammon@mathenysears.com

Attorneys for Defendant COSTCO WHOLESALE
CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ELENA GIL MARES<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOESALE CORPORATION<br>and DOES 1 to 10, inclusive,<br><br>Defendant. | Case No. 2:25-CV-03008-WBS-CSK<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER**<br><br>Complaint filed: 8/18/2025<br>Trial date: Unassigned |

Pursuant to Local Rule 143 the parties stipulate and ask the Court to Order that the scheduling order entered on February 5, 2026 (ECF No. 6) be modified by moving the two expert discovery deadlines after the deadline of fact discover. Thus, the parties are specifically asking as follows:

All discovery, including depositions for preservation of testimony, is left open, save and except that it shall be so conducted as to be completed by November 25, 2026.

The parties shall disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) by no later than December 29, 2026.

With regard to expert testimony intended solely for rebuttal, those experts shall be disclosed and reports produced in accordance with Federal Rule of Civil Procedure 26(a)(2) on or before January 29, 2027.

1

*Stipulation and Order to Modify Scheduling Order - Case No. 2:25-CV-03008-WBS-CSK*

LAW OFFICES OF
MATHENY SEARS LINKERT & JAIME LLP
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

"The district court is given broad discretion in supervising the pretrial phase of litigation." Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 607 (9th Cir. 1992) (citation and internal quotation marks omitted). Rule 16(b) provides that "[a] schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). "The schedule may be modified 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'" Zivkovic v. Southern California Edison Co., 302 F.3d 1080, 1087 (9th Cir. 2002) (quoting Johnson, 975 F.2d at 607).

Good cause exists for this swap in dates. The parties would like to complete all fact discovery prior to the possibility of conducting expert depositions. In addition, the parties are likely to schedule the depositions of Plaintiff and Defendant's Employees with percipient knowledge, and possibly others. Plaintiff anticipates that Defendant's responses to written discovery requests will identify one or more witnesses who will need to be deposed. The information that comes from fact discovery, inclusive of said depositions, will be necessary for any experts to evaluate the merits of the each claim and defense. For these reasons, the parties ask the Court to swap the Discovery deadlines as follows:

1.  All discovery is to be completed by November 25, 2026.

2.  The parties shall disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) by no later than December 29, 2026.

3.  With regard to expert testimony intended solely for rebuttal, those experts shall be disclosed and reports produced in accordance with Federal Rule of Civil Procedure 26(a)(2) on or before January 29, 2027.

Respectfully submitted,

2

Dated:  2/6/2026                                **AYALA, MORGAN & BUZZARD**

By:__/s/ *Thomas A. Morgan*____
THOMAS A. MORGAN,
Attorneys for Plaintiff MARIA ELENA
GIL MARES

Dated:  2/7/2026                                **MATHENY SEARS LINKERT & JAIME LLP**

By: ____/s/ *Matthew C. Jaime*_____
MATTHEW C. JAIME,
Attorneys for Defendant COSTCO
WHOLESALE CORPORATION

   **IT IS SO ORDERED**.  The Court finds good cause to modify the discovery deadlines, which are modified as follows:

1.  All discovery is to be completed by November 25, 2026.

2.  The parties shall disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) by no later than December 29, 2026.

3.  With regard to expert testimony intended solely for rebuttal, those experts shall be disclosed and reports produced in accordance with Federal Rule of Civil Procedure 26(a)(2) on or before January 29, 2027.

Dated:  February 24, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, gil3008.25

3

*Stipulation and Order to Modify Scheduling Order - Case No. 2:25-CV-03008-WBS-CSK*

LAW OFFICES OF
**MATHENY SEARS LINKERT & JAIME LLP**
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA  95864