**Ayala, Morgan & Buzzard**
Lori K. Komshian (SBN: 320634)
Ayala, Morgan & Buzzard
729 1st Street, Suite D
Brentwood, CA, 94513
Telephone: (866) 465-2999
Facsimile: (925) 289-8846
hm@messrelianlaw.com
michael@messrelianlaw.com

Attorneys for Plaintiff, MARIA ELENA MARES GIL

Law Offices of
**MATHENY SEARS LINKERT & JAIME LLP**
MATTHEW C. JAIME (SBN 140340)
S.J. K. HAMMON (SBN 364464)
3638 American River Drive
Sacramento, California 95864
Telephone: (916) 978-3434
Facsimile: (916) 978-3430
mjaime@mathenysears.com
resnaashari@mathenysears.com

Attorneys for Defendant COSTCO WHOLESALE CORPORATION

LAW OFFICES OF
MATHENY SEARS LINKERT & JAIME LLP
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ELENA GIL MARES<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION and DOES 1 to 10, inclusive,<br><br>Defendant. | Case No. 2:25-CV-03008-WBS-CSK<br><br>**STIPULATION RE: PHYSICAL EXAMINATION OF PLAINTIFF MARIA ELENA GIL MARES**<br><br>Complaint filed: 8/18/2025<br>Trial date: Unassigned |

Plaintiff MARIA ELENA GIL MARES ("Plaintiff") and Defendant COSTCO WHOLESALE CORPORATION ("Defendant") agree and stipulate that Plaintiff shall submit to a physical examination pursuant to Federal Rules of Civil Procedure, Rule 35:

1. A controversy exists regarding the physical condition of Plaintiff and good cause

exists for a physical examination of Plaintiff.

2. The examination will be conducted for the purpose of determining the nature and extent of Plaintiff's physical injuries.

3. The scope of the examination will be the physical injuries at issue in litigation, including, but not limited to her right arm, neck, and back,

4. The physical examination will be conducted by Dr. Patrick McGahan, M.D. — the independent medical exam physician retained by Defendant. Attached to this stipulation as **Exhibit A** is a true and correct copy of Dr. McGahan's Curriculum Vitae setting forth his qualifications and background.

5. The date and time for the physical examination will be November 19, 2026, at 9:00 a.m.

6. The location for the examination is: 450 Sutter St, Ste 400, San Francisco, CA 94108.

7. Dr. McGahan's contact information is: (916) 995-5683.

8. It is further stipulated that Defendant will be responsible for the fees associated with this examination.

9. However, Plaintiff agrees to reasonably comply with Dr. McGahan's cancellation policy and must advise Defendant if she is unable to attend the examination at least five business days before the examination.

Dated: _______

**Ayala, Morgan & Buzzard**

By: /s/ Lori K. Komshian
LORI K. KOMSHIAN, Attorney for Plaintiff MARIA ELENA MARES GIL

Dated: ________

**MATHENY SEARS LINKERT & JAIME LLP**

By:/s/ Matthew C. Jaime
MATTHEW C. JAIME,
Attorneys for Defendant COSTCO WHOLESALE CORPORATION

LAW OFFICES OF
MATHENY SEARS LINKERT & JAIME LLP
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

LAW OFFICES OF
MATHENY SEARS LINKERT & JAIME LLP
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

**ORDER**

Pursuant to Plaintiff and Defendant's STIPULATION RE: PHYSICAL EXAMINATION OF PLAINTIFF MARIA ELENA MARES GIL and for good cause shown, the above STIPULATION RE: PHYSICAL EXAMINATION OF PLAINTIFF MARIA ELENA MARES GIL is accepted, adopted, and made the Order of the Court.

**IT IS SO ORDERED.**

Dated: November 23, 2026

Chi Soo Kim

Hon. Chi Soo Kim
United States Magistrate Judge

7, mare.3008.25.stip.pl.exam